UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

--------------------------------------------------

*Williams*

-v-

*Support Collection Unit*

--------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-4721__

JUDGE: __KMW__

DATE: __June 17, 2008__

[Stamp: U.S. DISTRICT COURT FILED JUN 17 2008 S.D. OF N.Y.]

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------------------

DOCUMENT DESCRIPTION                                                                DOC. #

__CLERK'S CERTIFICATE__ _____

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__ _____

(✓) Original Record                          (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __17th__ Day of __June__, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------
*Williams*
-v-
*Support Collection Unit*
------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # **08-cv-4721**

JUDGE: **KMW**

DATE: **June 17, 2008**

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                Document Description
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 17th Day of June In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
     Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-04721-KMW
### Internal Use Only

Williams v. Support Collection Unit et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 05/20/2008
Date Terminated: 05/20/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Michael Williams.(mbe) (Entered: 05/29/2008) |
| 05/20/2008 | 2 | COMPLAINT against Support Collection Unit, Family Court, Debra France. Document filed by Michael Williams.(mbe) (Entered: 05/29/2008) |
| 05/20/2008 |  | Magistrate Judge James C. Francis is so designated. (mbe) (Entered: 05/29/2008) |
| 05/20/2008 | 3 | ORDER OF DISMISSAL, plaintiff's application to proceed in forma pauperis is granted. For the following reasons, however, the instant complaint must be dismissed. Accordingly, the instant complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/20/2008) (mbe) (Entered: 05/29/2008) |
| 05/20/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/20/2008) (mbe) (Entered: 05/29/2008) |
| 06/05/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Michael Williams. (tp) (Entered: 06/13/2008) |
| 06/05/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Michael Williams. $455.00 APPEAL FEE DUE. IFP REVOKED 5/20/08. (tp) (Entered: 06/13/2008) |
| 06/13/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 06/13/2008) |
| 06/13/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 06/13/2008) |