**MANDATE**

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 8/22/08
Docket Number: 08-3019-cv
Short Title: Williams v. Support Collection Unit

DC Docket Number: 08-cv-4721
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable Kimba Wood

## MOTION INFORMATION FORM

Movant:

|  | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /__/ | /_x_/ |
| Consent obtained from adversary(ies)? | /__/ | /_x_/ |
| Is oral argument desired? | /__/ | /__/ |

## ORDER

Before: Hon. Sonia Sotomayor, Hon. Robert A. Katzmann, Hon. Richard C. Wesley, *Circuit Judges*

IT IS HEREBY ORDERED that Appellant's motion for an extension of time to file a motion for reconsideration of the Court's July 30, 2008 order is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
by

Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by_____
DEPUTY CLERK



Issued as Mandate: 08/28/08